UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERNITA MIRACLE-POND and SAMANTHA PARAF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHUTTERFLY, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-4722<br><br>District Judge Mary M. Rowland |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits this Notice of Supplemental Authority regarding *OConner et al. v. Agilant Solutions, Inc.*, Case No. 1:18-cv-6937-GHW (S.D.N.Y. March 12, 2020) (copy attached), in further support of Plaintiffs' Motion for Curative Measures to Remediate Effects of Defendant's Improper Communications With Plaintiff and Putative Class Members, filed on November 26, 2019 (ECF No. 38). In *OConner*, the District Court ruled that a defendant's communications were improper, misleading , and coercive where the defendant attempted to impose an arbitration agreement on putative class members without informing them that, by agreeing to the arbitration agreement, they would forfeit their right to participate in the pending litigation. The Court held that defendants' communications "warrant correction," and declared the arbitration agreement unenforceable.

Respectfully submitted,

By: */s/ Henry J. Kelston*

**AHDOOT & WOLFSON, P.C.**
Tina Wolfson
twolfson@ahdootwolfson.com

Robert Ahdoot
rahdoot@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
Henry J. Kelston
hkelston@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111;
Fax: (310) 474-8585

**CARLSON LYNCH, LLP**
Katrina Carroll
kcarroll@carlsonlynch.com
Kyle Shamberg
kshambert@carlsonlynch.com
111 West Washington Street, Suite 1240
Chicago, IL 60602
Tel: (312) 750-1265


**CAREY RODRIGUEZ MILIAN GONYA, LLP**
David P. Milian*
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel:  (305) 372-7474
Fax:  (305) 372-7475

**Attorneys for Plaintiff**
*denotes admission pro hac vicec

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2020, I caused a true and correct copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** to be served upon counsel of record for Defendant in accordance with Fed. R. Civ. P. 5(b)(2) and Local Rule 5.3(a)(1).

                                              By: */s/* Henry J. Kelston
                                                        Henry J. Kelston

                                          AHDOOT & WOLFSON, PC
                                          *hkelston@ahdootwolfson.com*
                                          10728 Lindbrook Drive
                                          Los Angeles, CA 90024
                                          Tel: (310) 474-9111