## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

VERNITA MIRACLE-POND and
SAMANTHA PARAF, individually and
on behalf of all others similarly situated,

        Plaintiffs,

        v.

SHUTTERFLY, INC.,

        Defendant.

Civil Action No. 1:19-cv-4722

District Judge Mary M. Rowland

## JOINT STATUS REPORT

Pursuant to the Court's January 20, 2021 order, Dkt. 93, Plaintiffs Vernita Miracle-Pond and Samantha Paraf and Defendant Shutterfly, Inc. (the "Parties") respectfully submit this Joint Status Report regarding the status of their settlement discussions.

1. The Parties have reached a settlement-in-principle that, if finally approved, will resolve all claims asserted in this action.

2. The Parties intend to present their settlement for approval by the Circuit Court of Cook County, Illinois, County Department, Chancery Division, where this action was initially commenced (*Miracle-Pond, et al. v. Shutterfly, Inc.*, Case No. 2019CH07050).

3. The Parties accordingly have filed concurrently with this Joint Status Report a stipulation to remand the action, with each side to bear its own fees and costs.

Dated: February 18, 2021

By: */s/ David P. Milian*

**CARLSON LYNCH, LLP**
Katrina Carroll
kcarroll@carlsonlynch.com
Kyle Shamberg
kshambert@carlsonlynch.com
111 West Washington Street, Suite 1240
Chicago, IL 60602
Tel: (312) 750-1265

**AHDOOT & WOLFSON, P.C.**
Tina Wolfson
twolfson@ahdootwolfson.com
Robert Ahdoot
rahdoot@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
Henry J. Kelston
hkelston@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111;
Fax: (310) 474-8585

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
David P. Milian*
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel:  (305) 372-7474
Fax:  (305) 372-7475

**Attorneys for Plaintiffs**
*denotes admission *pro hac vice*

Respectfully submitted,

By: */s/ Matthew D. Provance*

**MAYER BROWN LLP**
Lauren R. Goldman
Michael Rayfield*
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

John Nadolenco*
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Matthew Provance
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-8598
mprovance@mayerbrown.com

**Attorneys for Defendant**
*denotes admission *pro hac vice*

2