# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Vernita Miracle−Pond, et al.
                      Plaintiff,

v.                                          Case No.: 1:19−cv−04722
                                                       Honorable Mary M. Rowland

Shutterfly, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 19, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The Parties have reached a settlement−in−principle that, if finally approved, will resolve all claims asserted in this action. The Parties intend to present their settlement for approval by the Circuit Court of Cook County, Illinois, County Department, Chancery Division, where this action was initially commenced (Miracle−Pond, et al. v. Shutterfly, Inc., Case No. 2019CH07050). In light of the stipulation to remand action to the Circuit Court of Cook County [95], this action shall be remanded to the Circuit Court of Cook County, Illinois, County Department, Chancery Division. Remand of this Action shall be without prejudice to Defendant's rights pursuant to 28 U.S.C. §§ 1441, 1446 and 1453. Each party to bear their own fees and costs. Defendant's motion to dismiss [85] is denied as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.