

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date : 3/12/21

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:   Miracle-Pond et al v. Shutterfly, Inc.
USDC Case Number:  19cv4722
Circuit Court Case Number:  2019CH07050

Dear Clerk:

A certified copy of an order entered on 2/19/21 by the Honorable Mary Rowland, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                      Sincerely yours,
                                      Thomas G. Bruton, Clerk

                              By: /s/ G. Young
                                      Deputy Clerk

Enclosure(s)

Rev. 10/05/2016